**Exhibit A to the Complaint**

**Location:** Bloomfield Hills, MI

**Total Works Infringed:** 30

**IP Address:** 68.56.18.220

**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 2FE4248FF403CC4AC400EB970FBEF1FC8D8454F4 | 05/24/2025 13:28:30 | Blacked | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 2 | d5418a27f25d68ff9bce014b35f5a59b47d1871e | 05/08/2025 13:09:06 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 3 | b8a96b8532913ab5844a47e52578684f34c240cc | 05/08/2025 13:08:09 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 4 | ddb0bf17c197427dd020f7c5ba375f9ac56966e6 | 05/08/2025 13:05:29 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 5 | 971b5709a1f8a2bdad7484fed2db06834f33e61d | 05/08/2025 13:02:39 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 6 | 1950f45018ee6506c08c44869ee8af468a1ae43a | 05/08/2025 13:00:42 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 7 | 6d5f2bc923e26fa533d07ba0c38e7517f6a578ec | 05/08/2025 12:59:08 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 8 | 54864DF456D3EC7BF5CE5446808C4B9ABE8E7585 | 05/08/2025 12:54:39 | Blacked | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 9 | c77b1ca084c1a324adc154c430dd53f68b275bd3 | 05/06/2025 13:51:49 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 10 | 0B7F49292D6389C2D6F22A4864F4DFC5CAC196AC | 05/04/2025 11:42:47 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 11 | 4844705c599b1c7d81e89af67d61b3281247c258 | 05/03/2025 12:38:15 | Blacked | 05/28/2024 | 06/18/2024 | PA0002476882 |
| 12 | ac711acd327acc2f02b5e219def0a04918ade017 | 05/03/2025 12:31:08 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 13 | 324ec61e71465f4386cb6d0beb19e8c18d533abd | 05/03/2025 12:26:47 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 14 | 193823A4210B44AD9D75FD0D5F3F5285482C777D | 05/03/2025 12:25:57 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 15 | 2151d1a820473b1867f79c3e76a742934e317aec | 04/29/2025 03:25:38 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 16 | f65a00bc82f7f3dc5795d75972a51f4e2a24de6b | 04/29/2025 03:24:43 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 17 | 2a313c9a5be36420b17cddf280d97577a3b6de09 | 04/29/2025 03:24:17 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 18 | 4fa6daa4b0424d75cac76a3588f638ba67c3eb7b | 04/29/2025 03:22:25 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 19 | f3c5f9d10c0ad3cad33ca461faa80af553b90cff | 04/29/2025 03:21:55 | Blacked | 04/03/2025 | 04/22/2025 | PA0002526946 |
| 20 | CB4EC1F25FFAD874268462833D653891B9ECD633 | 04/29/2025 03:21:34 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 21 | 5a66b14ec1fee8f55ba9414bf263aecf26bc5e61 | 04/29/2025 03:19:22 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 22 | f50d4b43c805e4ac638e72e15d9f8963f9298a73 | 04/25/2025 02:12:17 | TushyRaw | 02/16/2025 | 02/18/2025 | PA0002516145 |
| 23 | 9861659debd8430e736ae8dd818939e2b7c5b092 | 12/23/2024 13:24:25 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 24 | 259c3061a4bd639afa7a99248b6ba5dd05e1630a | 10/26/2024 15:45:59 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 25 | D2EB2C88C70DC3BDC48AE1737653823A31746A35 | 10/26/2024 15:41:42 | Blacked | 06/07/2024 | 09/04/2024 | PA0002490141 |
| 26 | a3fe9a83f55a38b585d5035ceac9aa1bbae8d4c8 | 10/26/2024 15:40:07 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 27 | f26b14e7ac2a2152fb134eb16d4c8929c078078c | 10/26/2024 15:39:35 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 28 | b20991ee471102752aa07ba8865ef23009b0e5e9 | 07/14/2024 05:21:26 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 29 | 7cdc219c996ced2c55f18b8a2e768ab2a83def23 | 03/02/2024 00:45:02 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 30 | f2055bd564d30890219076135d24103a83870b1e | 02/26/2024 17:28:14 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |